**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JESSE NOBLE, | Case No. 2:19-cv-00343-GMN-EJY |
| Plaintiff, | |
| v. | **AMENDED ORDER SETTING INMATE EARLY MEDIATION** |
| BRIAN WILLIAMS, *et al*., | |
| Defendants. | |

The Court previously issued an order establishing the requirements for the inmate early mediation in this case (ECF No. 13). That order continues to govern the inmate early mediation except as **MODIFIED** as follows:

- All participants will attend the mediation by video:

- Mediation statements must be submitted **no later than 4:00 p.m. on Friday, October 16, 2020**;

- If Plaintiff is incarcerated at a facility utilizing e-filing, Plaintiff shall request the law librarian scan his or her mediation brief, along with any exhibits, and email it to InmateMediationBrief@nvd.uscourts.gov. If Plaintiff is at a facility not utilizing e-filing, he or she shall mail the mediation brief in an envelope clearly marked "Confidential, Contains Mediation Statement" to: Office of the Clerk, Attn: Sharon Hardin, Inmate Mediation Department, 333 Las Vegas Boulevard, South, Las Vegas, Nevada 89101. The mediation brief must be received by the court **no later than 4:00 p.m., on Friday, October 16, 2020;**

- Defendants' counsel must scan their mediation brief, along with any exhibits, and email it directly to the mediator, KEVIN KAMPSCHROR, ESQ., no **later than 4:00 p.m. on Friday, October 16, 2020**;

- At a future date, Ms. Hardin will provide instructions for the defense to join the mediation by video;

- Defendants' counsel must make the necessary arrangements for Plaintiff to appear by video conference and must coordinate with Ms. Hardin thereon; and
- Defendants' counsel must provide the email addresses for each of the participants who will be appearing at the mediation for the defense **no later than 4:00 p.m. on Friday, October 16, 2020**.

**IT IS SO ORDERED.**

**DATED** this 30th day of September, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE