1           UNITED STATES DISTRICT COURT

2              DISTRICT OF NEVADA

3

4     JESSE NOBLE,                                    Case No.  2:19-cv-00343-GMN-EJY

                    Plaintiff,
5          v.                                                 **ORDER**

6     BRIAN WILLIAMS, et al.,

7                   Defendants.

8

9           Pending before the Court is Plaintiff's Motion to Extend Time (ECF No. 23).  No response

10   to this Motion was filed.  In Plaintiff's Motion he seeks a 30 day extension to complete service of

11   process.  Plaintiff does not identify on whom he seeks to serve his Complaint; however, the Court

12   notes that only Lt. Brown has not been served.  The Court further notes that the Attorney General

13   filed a notice under seal providing the Court with Lt. Brown's full name, Guy Brown, and address.

14          Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time (ECF

15   No. 23) is GRANTED and the time for service is extended as stated below.

16          IT IS FURTHER ORDERED that the Clerk of Court **shall** issue a summons to Guy Brown

17   and send the same to the U.S. Marshal with the address provided under seal in ECF No. 20, one

18   (1) copy of the Complaint (ECF No. 6), one (1) copy of the Court's Screening Order (ECF No.

19   17), and one (1) copy of this Order for service on Guy Brown.

20          IT IS FURTHER ORDERED that the Clerk of Court **shall** send to Plaintiff one (1) USM-

21   285 form.  Plaintiff **shall have until May 26, 2021,** to complete the USM-285 service forms and

22   return the same to the U.S. Marshal, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

23          IT IS FURTHER ORDERED that the U.S. Marshal shall attempt to serve Guy Brown

24   within **fifteen (15)** days of receipt of Plaintiff's completed USM-285.

25

26

27

28

1

1    IT IS FURTHER ORDERED that Plaintiff's failure to comply with this Order may result

2  in dismissal of named, but unserved defendant Guy Brown.

3    DATED this 26th day of April, 2021.

4

5

6  ELAYNA J. YOUCHAH
   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28