UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JESSE NOBLE,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES DZURENDA, *et al.*,<br><br>        Defendants. | Case No. 2:19-cv-00343-GMN-EJY<br><br>**ORDER** |

    Pending before the Court is Defendant's Motion for Extension of Time to File Joint Pretrial Order (ECF No. 42). No response to the Motion was timely filed. Under Local Rule 7-2(d), a failure to oppose a motion may be treated by the Court as consent to grant the Motion.

    Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Extension of Time to File Joint Pretrial Order (ECF No. 42) is GRANTED.

    IT IS FURTHER ORDERED that the Joint Pretrial Order must be filed no later than November 14, 2022.

    DATED this 30th day of September, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE