AARON D. FORD
Attorney General
LEO T. HENDGES (Bar No. 16034)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3795 (phone)
(702) 486-3773 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Defendants*
*Brian Williams and Joseph Dugan*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSE NOBLE,<br><br>   Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, *et al.*,<br><br>   Defendants. | Case No. 2:19-cv-00343-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Jesse Noble, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges, Deputy Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///

The Parties have resolved this matter in its entirety and the Court may accordingly close the case. Any outstanding deadlines are considered moot.

DATED October 17, 2022.

Jesse Noble # 1039146
High Desert State Prison
PO Box 650
Indian Springs, Nevada 89070
*Plaintiff, Pro Se*

DATED October 17, 2022.

AARON D. FORD
Attorney General

/s/ *Leo T. Hendges*
Leo T. Hendges, Bar No. 16034
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.** The Clerk of Court is instructed to close the case.

Dated this  9  day of November, 2022

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT